**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-1642**

─────────

DOUGLAS SCARDO,

                              Plaintiff - Appellant,

        versus

METROPOLITAN LIFE INSURANCE COMPANY,

                              Defendant - Appellee.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (CA-99-146-1)

─────────

Submitted:  January 10, 2001        Decided:  January 24, 2001

─────────

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

James D. Morefield, MOREFIELD, KENDRICK, HESS & LARGEN, P.C., Abingdon, Virginia, for Appellant.  Marilyn M. Cochran, Allan M. Marcus, New York, New York, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Scardo appeals the district court's order granting summary judgment in favor of Metropolitan Life Insurance Company (MetLife) on his claim that MetLife unreasonably terminated his long-term disability benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Scardo v. Metropolitan Life Ins. Co., No. CA-99-146-1 (W.D. Va. Apr. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED